IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J. D. OWENS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D13-574

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

J.D. Owens, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.